*In re* HÉCTOR COLLAZO MALDONADO y NELSON RIVERA CABRERA.

*Número:* CP-1998-9          *Resuelto:* 9 de mayo de 2003

*Héctor M. Collazo Maldonado, pro se; Nelson Rivera Cabrera, pro se.*

## RESOLUCIÓN

A las mociones de reconsideración, presentadas por Héctor Collazo Maldonado y Nelson Rivera Cabrera el 11 y el 15 de abril, respectivamente, se provee no ha lugar a ambas.

Por haber transcurrido el término de suspensión decretado, *se ordena la reinstalación de Héctor Collazo Maldonado al ejercicio de la abogacía, efectivo el 15 de mayo de 2003.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Andréu García y el Juez Asociado Señor Hernández Denton no intervinieron.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*